# UNITED STATES DISTRICT COURT
для for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>BRANDON MICKEY<br>(D/O/B xx/xx/1995)<br><br>*Defendant(s)* | Case No. 24 MJ 75 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 1, 2024__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Federal Custody |

This criminal complaint is based on these facts:

Please see Affidavit.

☑ Continued on the attached sheet.

*Clinton Blauser*
Complainant's signature

Clinton Blauser, Deputy United States Marshal
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: 04/04/2024

*William E. Duffin*
Judge's signature

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND AN ARREST WARRANT

I, Clinton Blauser, being first duly sworn on oath depose and say that upon personal knowledge and upon information and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Deputy United States Marshal with the United States Marshals Service ("USMS") for 13 years. As part of my duties, I conduct investigations to locate federal and state fugitives. I have had both formal training and have participated in numerous investigations to locate state and federal fugitives. I am an investigator, or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

2. This affidavit is based on my personal knowledge, or information reported to me by federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

## PROBABLE CAUSE

3. This affidavit is submitted in support of an application for the issuance of a criminal complaint charging Brandon Mickey with escape from federal custody, in violation of 18 U.S.C. § 751(a).

4. On January 11, 2017, Mickey pled guilty in the Eastern District of Wisconsin for violating 18 U.S.C. §§ 2113(a) and (d), 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2, 18 U.S.C. §§ 1951(a) and 2, in case number 15-CR-00226.

5. On September 8, 2017, Mickey was sentenced and committed to the custody of the United Stated Bureau of Prison (BOP) to be imprisoned for a total term of 152 months to be

1

followed by 3 years of Supervised Release.

6. On December 7, 2023, after serving time incarcerated with the BOP, Mickey was transferred to serve the remainder of his prison sentence at the Parson's House Residential Reentry Center (RRC) located in Milwaukee, Wisconsin.

7. On April 1, 2024, at approximately 13:28 hours., the USMS received notification from the Bureau of Prisons of Mickey's escape status. According to Parson's House staff, Mickey exited the front doors of Parson's House unauthorized at 1300 hours.

8. On April 2, 2024, this affiant contacted Parson's House to confirm that Mickey was still on escape status and had not returned. Parsons's House staff confirmed that Mickey was still considered a federal BOP escapee and would need to be located and apprehended by the USMS.

9. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and as such, does not set forth all the details of this investigation.

## **CONCLUSION**

10. Based on the foregoing facts and my training and experience, I respectfully submit that probable cause exists to issue a criminal complaint and arrest warrant for Brandon Mickey for a violation of 18 U.S.C. § 751(a), escape from federal custody.

2

Case 2:24-mj-00075-WED    Filed 04/04/24    Page 3 of 5    Document 1

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| United States of America | ) |
|---|---|
| v. | ) |
| BRANDON MICKEY | ) Case No. 24 MJ 75 |
| (D/O/B xx/xx/1995) | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRANDON MICKEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

violation of 18 U.S.C. § 751(a), Escape from Federal Custody

Date: 04/04/2024

*Issuing officer's signature*

City and state: Milwaukee, WI

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: BRANDON MICKEY

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                    Weight:

Sex:                       Race:

Hair:                      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: